# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: DeAndra L Green | ) | Chapter 13 |
| | ) | Case No. 16 B 06886 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

DeAndra L Green
311 S. 10th Avenue
Maywood, IL 60153

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On March 06, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, February 14, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On February 29, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 18, 2016, for a term of 60 months with payments of $4,000.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 36 | $125,300.00 | $109,304.00 | $15,996.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/13/2019
Due Each Month: $4,000.00
Next Pymt Due: 02/28/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/10/2018 | 29127898 | $3,500.00 | 01/29/2018 | 29192741 | $3,500.00 |
| 03/14/2018 | 29400783 | $3,500.00 | 04/13/2018 | 29550870 | $3,500.00 |
| 05/25/2018 | 29755000 | $4,000.00 | 06/29/2018 | 29913859 | $4,000.00 |
| 07/30/2018 | 30055054 | $4,000.00 | 08/28/2018 | 30199252 | $4,000.00 |
| 10/03/2018 | 30360929 | $4,000.00 | 11/13/2018 | 30503189 | $3,200.00 |
| 11/13/2018 | 30549326 | $800.00 | 01/08/2019 | 30805766 | $4,000.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE